# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:11-CR-631-T-30MAP

GERMAN ALEXANDER COLON-BERNARDEZ
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Expert Authorization Pursuant to the CJA Act (Third Motion for Prior Approval of Expert GPS Services) (Dkt. #208). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Expert Authorization Pursuant to the CJA Act (Third Motion for Prior Approval of Expert GPS Services) (Dkt. #208) is **GRANTED IN PART** as follows:

    A. The Court approves up to sixteen (16) hours for defense expert DALE WALE WASDON to review the proposed government evidence for accuracy and other issues requested by counsel.

    B. The Court approves up to four (4) hours for defense counsel to confer with the defense expert and to prepare for potential testimony in the case.

    C. The Court approves up to four (4) hours for Mr. Wasdon to be present during the anticipated testimony of the government GPS expert Tania Reyes.

D. The Court approves up to four (4) hours for the potential testimony of Mr. Wasdon.

2. In sum, the Court approves up to 28 hours for the above-stated services of the defense expert at a rate of $95.00 per hour.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record
Joan Calcutt, CJA Clerk, Orlando

F:\Docs\2011\11-cr-631.Bernardez 208.wpd